# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV-20153-KMM

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**HEALTH AND HARVEST, LLC, a Florida limited liability company,**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by CIVIL PROCESS, LLC on the 14th day of January, 2020 at 2:00 pm to be served on **HEALTH AND HARVEST, LLC a Florida limited liability company, Registered Agent: Gus Gonzalez, 911 N.W. 209th Ave, Suite 129, Pembroke Pines, FL 33029**.

I, Francisco Colon, do hereby affirm that on the **16th day of January, 2020** at **12:50 pm**, I:

**SERVED the within named CORPORATION**, by delivering a **Summons in a Civil Action, Complaint, Composite Exhibit A and Preservation Letter** with the date and hour of service endorsed thereon by me to **John Doe as Employee In Charge at 911 N.W. 209th Ave, Suite 129, Pembroke Pines, FL 33029 in compliance with Florida Statutes**

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Hispanic, Height: 6'3, Weight: 200, Hair: Shaved, Glasses: N

I certify that I have no interest in the above styled action; I am over the age of eighteen (18) years, and have proper authority to serve legal process in the jurisdiction in which this service was made. No Notary Required Pursuant To F.S. 92.525(2)

Francisco Colon
S.A.P.S. #593

CIVIL PROCESS, LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2020000030
Ref: Ariza v. Health and Harvest, LLC

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n